UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | NO. 5:21-CR-106-KKC-EBA |
| **Plaintiff,** | |
| v. | **ORDER** |
| **CURTIS RICHARD HOWERTON, III,** | |
| **Defendant.** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on Magistrate Judge Edward B. Atkins' recommended disposition (DE 31) regarding reported violations of supervised release conditions by Defendant Curtis Richard Howerton, III.

On June 11, 2024, the United States Probation Office ("USPO") reported that Howerton violated his conditions of supervised release by possessing and using cocaine and methamphetamine in June 2024 (Violations 1, 2, and 3); and failing to report for a urinalysis as directed by his supervising officer. He stipulated to committing these violations at a hearing on the same day and was subsequently released pending the magistrate judge's final recommendation upon a joint motion to continue the proceedings. The purpose of this motion was to afford Howerton the opportunity to attend an intensive outpatient drug treatment program.

Upon his release, Howerton went missing and failed to notify his supervising officer of his change in residency. (Violation 4.) He was eventually found in "visibly

impaired" in the middle of a public roadway in Bell County, Kentucky. He was charged in state court with Public Intoxication, violating a condition of supervised release that he not commit another federal, state, or local crime. (Violation 5.) He stipulated to Violations 4 and 5 at a final hearing on August 15, 2024.

The magistrate judge now recommends that the Court revoke Howerton's supervised release and impose an incarceration period of eight (8) months, with no supervised release to follow. Howerton has not filed any objections to the magistrate judge's recommendation within the allotted time of fourteen (14) days nor has he requested an extension of time to file his objections. He has also notified the Court that he has chosen to waive his right of allocution. (DE 32.)

Having reviewed the recommendation and agreeing with its analysis, the Court hereby ORDERS as follows:

1) The recommended disposition (DE 31) is ADOPTED as the Court's opinion;
2) A judgment consistent with this order and the recommended disposition will be entered.

This 12th day of September, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY